UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Deborah Kavanagh,
    Plaintiff,

vs

Boy-Ko Management, Inc
    Defendant.

Civil Action No. 1:12cv864

Bowman, M.J.

## ORDER

The parties having reached an agreement to settle this litigation in the presence of the Court on August 7, 2013;

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, move to reopen the action if settlement is not consummated.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

IT IS SO ORDERED.

*Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge